No. D–1182. IN RE DISBARMENT OF NAPOLI. It is ordered that Joseph P. Napoli, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1183. IN RE DISBARMENT OF ARTMAN. It is ordered that Jean D. Artman, of Detroit, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1184. IN RE DISBARMENT OF MCQUAIG. It is ordered that Dawson A. McQuaig, Sr., of Jacksonville, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1185. IN RE DISBARMENT OF RICHARDSON. It is ordered that Theodore Carlton Richardson, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1186. IN RE DISBARMENT OF MCGRADY. It is ordered that Michael McGrady, of Seattle, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1187. IN RE DISBARMENT OF O'LEARY. It is ordered that Timothy Francis O'Leary, of Melrose, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1188. IN RE DISBARMENT OF LOMBARDI. It is ordered that Joseph A. Lombardi, of Scituate, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.